# Court of Appeals
# of the State of Georgia

ATLANTA,  July 15, 2025

*The Court of Appeals hereby passes the following order:*

**A25A2120. ROYALTY AMERSON, THROUGH HER PARENT AND NATURAL GUARDIAN, JAYLEN AMERSON v. DEREK MASON et al.**

After Royalty Amerson was injured during a dental procedure, plaintiff Jaylen Amerson, as parent and natural guardian, filed suit against Dr. Derek Mason and Children's Dentistry of Rome ("the defendants"), alleging negligence. The defendants filed a motion to dismiss the complaint with prejudice for failure to state a claim upon which relief could be granted. The trial court granted the motion on February 7, 2025 and, on May 9, 2025, the plaintiff filed a notice of appeal. The defendants have filed a motion to dismiss the appeal, asserting that it is untimely. We agree.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Because the plaintiff's notice of appeal was filed 91 days after entry of the trial court's order, the appeal is untimely, and we lack jurisdiction. Accordingly, the defendants' motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED. See id.

If, as the plaintiff appears to suggest in the notice of appeal, her right to timely seek appellate review was frustrated due to a trial court error, her remedy is to petition

the trial court to vacate and re-enter the order at issue in the manner described in *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980), disapproved in part by *Wright v. Young*, 297 Ga. 683, 684, n. 3 (777 SE2d 475) (2015).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/15/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*